FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

June 22, 2022

No. 04-22-00185-CR

Larry Leroy **MOORE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CR-1265
Honorable Maria Teresa (Tessa) Herr, Judge Presiding

# O R D E R

 Appellant's brief originally was due on June 23, 2022. Appellant is represented on appeal by Mr. Michael C. Gross. On June 21, 2022, Mr. Gross filed an unopposed motion requesting a ninety-day extension of time in which to file the brief. We GRANT IN PART and DENY IN PART.

 Mr. Gross is ORDERED to file appellant's brief **no later than August 22, 2022**. Further requests for an extension of time will be disfavored absent extraordinary circumstances. Mr. Gross is cautioned that a heavy case load or demanding work schedule is not an extraordinary circumstance warranting further requests for an extension of time.

_____
Irene Rios, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of June, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court